FILED
NOV 18 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. W-08-CR-004  M-21-2338 |
| Plaintiff, | * | |
| | * | SECOND SUPERSEDING INDICTMENT |
| | * | |
| | * | [Vio: COUNT ONE: 21 U.S.C. 846 {21 U.S.C. |
| | * | 841(a)(1) & 841(b)(1)(A)(ii)(II) – Conspiracy |
| | * | to Possess With Intent to Distribute At Least |
| DIANNA BALANDRANO | * | 5 Kilograms of Cocaine, a Schedule II |
| GONZALEZ (1), | * | Narcotic Drug Controlled Substance; |
| SUSANA G. ROCHA (2), | * | COUNT TWO: 21 U.S.C. 841(a)(1) & |
| aka Susana Gonzalez-Flores, | * | 841(b)(1)(B)(ii)(II) – Possession With Intent |
| | * | to Distribute at Least 500 Grams of Cocaine, |
| MONICA HARO (4), | * | a Schedule II Narcotic Drug Controlled |
| aka Monica Ramirez, | * | Substance; 18 U.S.C. 2 – Aiding and |
| AARON GARZA (5), | * | Abetting; COUNT THREE: 21 U.S.C. |
| LUIS CASTILLO (6), | * | 841(a)(1) & 841(b)(1)(B)(viii) – Possession |
| CAESAR HUMBERTO SALINAS (7), | * | With Intent to Distribute at Least 50 Grams of |
| | * | Methamphetamine, a Schedule II Controlled |
| | * | Substance; 18 U.S.C. 2 – Aiding and |
| | * | Abetting; COUNT FOUR: 18 U.S.C. 1956(h)- |
| | * | Conspiracy to Commit Money Laundering; |
| | * | COUNT FIVE: 18 U.S.C. 1956(a)(1)(A)(i) – |
| | * | Laundering of Monetary Instruments; |
| | * | COUNT SIX: 18 U.S.C. 1956(a)(1)(A)(i) – |
| | * | Laundering of Monetary Instruments; |
| Defendants | * | 18 U.S.C. 2 – Aiding and Abetting] |

THE GRAND JURY CHARGES:

## COUNT ONE
[21 U.S.C. 846 {21 U.S.C. 841(a)(1) & 841(b)(1)(A)(ii)(II)]

Beginning on or about November 3, 2001, the exact date unknown, and continuing until the present date, in the Western and Southern Districts of Texas and elsewhere, Defendants,

DIANNA BALANDRANO GONZALEZ,
SUSANA G. ROCHA,
aka Susana Gonzalez-Flores,



MONICA HARO,
aka Monica Ramirez,
AARON GARZA,
LUIS CASTILLO,
CAESAR HUMBERTO SALINAS,

and others both known and unknown to the Grand Jury, did unlawfully and willfully combine, conspire, confederate and agree together and with each other and others, to possess with intent to distribute at least five (5) kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II), and in violation of Title 21, United States Code, Sections 846.

## COUNT TWO
[21 U.S.C. 841(a)(1) & 841(b)(1)(B)(ii)(II) and 18 U.S.C. 2]

On or about November 15, 2007, in the Western District of Texas, Defendants,

**DIANNA BALANDRANO GONZALEZ,**
and
**SUSANA G. ROCHA,**
aka Susana Gonzalez-Flores,

aided and abetted by each other and others, did unlawfully, knowingly, and intentionally possess with intent to distribute at least 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II), and Title 18, United States Code, Section 2.

## COUNT THREE
[21 U.S.C. 841(a)(1) & 841(b)(1)(B)(viii) and 18 U.S.C. 2]

On or about November 15, 2007, in the Western District of Texas, Defendants,

**DIANNA BALANDRANO GONZALEZ,**
and
**SUSANA G. ROCHA,**
**aka Susana Gonzalez-Flores,**

aided and abetted by each other and others, unlawfully, knowingly, and intentionally did possess with intent to distribute a controlled substance, which offense involved at least fifty (50) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.

## COUNT FOUR
[18 U.S.C. 1956(h)]

Beginning in at least February, 1999, the exact date unknown, and continuing until the present time, in the Western District of Texas, and elsewhere, Defendants,

**DIANNA BALANDRANO GONZALEZ,**
**SUSANA G. ROCHA,**
**aka Susana Gonzalez-Flores,**

**MONICA HARO,**
**aka Monica Ramirez,**
**AARON GARZA,**
**LUIS CASTILLO,**
**CAESAR HUMBERTO SALINAS,**



3

and others both known and unknown to the Grand Jury, did unlawfully and willfully combine, conspire, confederate and agree, together and with each other and others, to commit an offense as defined by Title 18, United States Code, Section 1956(a)(1), namely, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, did conduct or attempt to conduct such a financial transaction, affecting interstate or foreign commerce, which in fact involved the proceeds of specified unlawful activity, that is, the felonious receiving, concealment, buying, selling, or other dealing in a controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 846,

- with the intent to promote the carrying on of the said specified unlawful activity, contrary to Title 18, United States Code, Section 1956(a)(1)(A)(i),

or

- knowing that the transaction was designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership or the control of the proceeds of the said specified unlawful activity, contrary to Title 18, United States Code, Section 1956(a)(1)(B)(i).

### The Scheme, Manner, and Means of the Conspiracy

The conspiracy was executed in the following manner through the following means:

Beginning in at least February, 1999, DIANNA BALANDRANO GONZALEZ, ███████ ███████ and others began to acquire quantities of cocaine, a Schedule II Narcotic Drug Controlled Substance, and marijuana, a Schedule I Controlled Substance, for distribution. The controlled substances were transported through and distributed in the Western District of Texas, Waco Division, and elsewhere.

4

In order to facilitate this illegal enterprise, DIANNA BALANDRANO GONZALEZ, ███████████ and others, upon receipt of the controlled substances, would then "front" the controlled substances (the practice of buying and selling narcotics on consignment) to other distributors. The controlled substances were delivered to other distributes including persons who would distribute the controlled substances in the Western District of Texas, Waco Division. The controlled substances would eventually be sold and the currency collected. The currency was given to DIANNA BALANDRANO GONZALEZ and/or ███████████ who would transport or arrange for transportation of the currency to South Texas and Mexico. These financial transactions occurred in the Western District of Texas, Waco Division, and elsewhere.

The currency generated from the sale of the controlled substances was used to purchase assets. Some of these assets were used to further the ongoing illegal activity. Other assets were placed in nominee names to conceal their true ownership and control.

All in violation of Title 18, United States Code, Section 1956(h).





## COUNT SIX
[18 U.S.C. 1956(a)(1)(A)(i) and 18 U.S.C. 2]

On or about November 15, 2007, in the Western District of Texas, Defendants,

**DIANNA BALANDRANO GONZALEZ,**
and
**SUSANA G. ROCHA,**
aka Susana Gonzalez-Flores,

aided and abetted by each other and others, did knowingly and willfully conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit: $34,840.00, which involved the proceeds of a specified unlawful activity, that is the felonious receiving, concealment, buying, selling, or other dealing in a controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 846, with the intent to promote the carrying on of specified unlawful activity, to wit: conspiracy to possess with intent to distribute controlled substances, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is funds, represented the proceeds of some form of unlawful activity;

All in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i), and Title 18, United States Code, Section 2.

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE

[Title 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(ii)(II), 841(b)(1)(B)(ii)(II), 841(b)(1)(B)(viii);
Title 18 U.S.C. § 1956(a)(1)(A)(I) and (h); and subject to forfeiture pursuant to
Title 18 U.S.C. § 982(a)(1) and Title 21 U.S.C. §§ 853(a)(1) and (a)(2)]

### I.
### Controlled Substance Forfeiture Statutes and Violations
[Title 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(ii)(II), 841(b)(1)(B)(ii)(II) and 841(b)(1)(B)(viii)]

As a result of the foregoing criminal violations as set forth in Counts One, Two and Three, which are punishable by imprisonment for more than one year, DEFENDANTS DIANNA BALANDRANO GONZALEZ, SUSANA G. ROCHA (aka Susana Gonzalez-Flores), ███████, MONICA HARO (aka Monica Ramirez), AARON GARZA, LUIS CASTILLO, CAESAR HUMBERTO SALINAS, ███████ shall forfeit to the United States pursuant to Title 21 U.S.C. §§ 853(a)(1) and (a)(2), which state the following:

**Title 21 U.S.C. § 853(a). Criminal forfeitures**
   (a) **Property subject to criminal forfeiture**
   Any person convicted of a violation of this subchapter or subchapter II of this chapter shall forfeit to the United States . . .
   (1) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;
   (2) any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

This Notice of Demand for Forfeiture includes but is not limited to the property described below in paragraphs III and IV.

### II.
### Money Laundering Forfeiture Statutes and Violations
[Title 18 U.S.C. 1956(h)]

As a result of the foregoing criminal violations as set forth in Counts Four, Five and Six of the Criminal Indictment, which are punishable by imprisonment for more than one year,

7

DEFENDANTS DIANNA BALANDRANO GONZALEZ, SUSANA G. ROCHA (aka Susana Gonzalez-Flores), ▬▬▬▬▬▬▬ MONICA HARO (aka Monica Ramirez), AARON GARZA, LUIS CASTILLO, AND CAESAR HUMBERTO SALINAS, shall forfeit to the United States of America, pursuant to Title 18 U.S.C. §982(a), which states the following:

**Title 18 U.S.C. § 982. Criminal forfeiture**
> (a)(1) The court, in imposing sentence on a person convicted of an offense in violation of section 1956, 1957, or 1960 of this title, shall order that the person forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property.

This Notice of Demand for Forfeiture includes but is not limited to the property described below in paragraph III.

### III.
### Real Property

A. **All right, title and interest of DEFENDANTS DIANNA BALANDRANO GONZALEZ and** ▬▬▬▬▬▬▬ **in the following real property is subject to forfeiture to the United States of America:**

Real property located at **1604 School Lane Road, Mission, Texas 78572**, whose legal description is Lots Twenty-Six (26) and Fifty (50), EBONY ESTATES, an Addition to the City of Mission, Hidalgo County, Texas, according to the map or plat thereof recorded in Volume 34, Page 134, Map Records, Hidalgo County, Texas.

B. **All right, title and interest of DEFENDANTS DIANNA BALANDRANO GONZALEZ and** ▬▬▬▬▬▬▬ **in the following real property is subject to forfeiture to the United States of America:**

Real property located at **3017 Orange Street, McAllen, Texas 78501**, whose legal description is all that certain Parcel of land situated in City of McAllen being known as Lot Two (2), Section 2, Buena Vista Subdivision, Plat Book 19, Page 13 and being more fully described in instrument No. 490560, recorded on 12/07/1995 in Real Property records of Hidalgo County, Texas.

C. **All right, title and interest of DEFENDANT LUIS CASTILLO as nominee/straw-owner in the following real property is subject to forfeiture to the United States of America:**

Real property located at 3708 Xenops, McAllen, Texas 78504-5946, whose legal description is Lot 3, Paseo Del Norte Subdivision, Phase III, Hidalgo County, Texas, as shown by the map or plat thereof recorded in Volume 36, Page 15, Map Records, Hidalgo County, Texas.

D. <u>All right, title and interest of DEFENDANTS DIANNA BALANDRANO GONZALEZ and ███████████ in a portion ($12,785.59, more or less) of the following real property is subject to forfeiture to the United States of America:</u>

Real property located at 4309 Jesenia Street, San Juan, Hidalgo County, Texas 78589, whose legal description is all of Lot 162, Prima Vera II Subdivision, Hidalgo County, Texas, according to the map recorded in the map records in the Office of The County Clerk of Hidalgo County, Texas.



## V.
### Money Judgment

As a result of the foregoing criminal violations as set forth in Counts One, Two, Three, Four, Five and Six, **DEFENDANTS DIANNA BALANDRANO GONZALEZ, SUSANA G. ROCHA** (aka Susana Gonzalez-Flores), ███████████, MONICA HARO (aka Monica Ramirez), AARON GARZA, LUIS CASTILLO, CAESAR HUMBERTO SALINAS, ███████████ shall forfeit to the United States, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21 U.S.C. §§ 853(a)(1) and 853(a)(2), as well as Title 18 U.S.C. § 982(a)(1), the following described Money Judgment of Forfeiture:

9

A sum of money equal to **Twenty Five Million, Five Hundred Thousand Dollars in United States Currency ($25,500,000.00)**, representing the amount of proceeds obtained directly or indirectly as a result of the violations set out in the above-described Counts and for which DEFENDANTS DIANNA BALANDRANO GONZALEZ, SUSANA G. ROCHA (aka Susana Gonzalez-Flores), ▓▓▓▓▓▓▓▓▓▓▓, MONICA HARO (aka Monica Ramirez), AARON GARZA, LUIS CASTILLO, CAESAR HUMBERTO SALINAS, ▓▓▓▓▓▓▓▓▓▓▓ are jointly and severally liable.

## VI.
### Substitute Assets
[Title 18 U.S.C. § 982(b)(1) and Title 21 U.S.C. § 853(p) and Rule 32.2 of the Federal Rules of Criminal Procedure]

If any of the real and/or personal properties or money judgment described above as being subject to forfeiture for violations of Title 18 U.S.C. § 1956(h), and Title 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii)(II), 841(b)(1)(B)(ii)(II), 841(b)(1)(B)(viii) and 846 and subject to forfeiture pursuant to Title 18 U.S.C. § 982(a)(1) and Title 21 U.S.C. §§ 853(a)(1) and (a)(2), as a result of any act or omission of DEFENDANTS DIANNA BALANDRANO GONZALEZ, SUSANA G. ROCHA (aka Susana Gonzalez-Flores), ▓▓▓▓▓▓▓▓▓▓▓, MONICA HARO (aka Monica Ramirez), AARON GARZA, LUIS CASTILLO, CAESAR HUMBERTO SALINAS, ▓▓▓▓▓▓▓▓▓▓▓

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third person;
    c.    has been placed beyond the jurisdiction of the Court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States of America to seek forfeiture of any other property to include the properties listed in paragraphs III and IV above, up to the value of said forfeitable property and money judgment described above in paragraph V.

A TRUE BILL:

---------------
FOREPERSON

SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002

JOHNNY SUTTON
United States Attorney

By: *Stephanie Smith-Burris*
STEPHANIE SMITH-BURRIS
Assistant United States Attorney

11

SEALED _____
UNSEALED X

**PERSONAL DATA SHEET**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

DATE: 11-18-2008     MAG CT. # W07-195M     CASE NO. W-08-CR-004
COUNTY: McLENNAN

CHIEF JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY          STEPHANIE SMITH-BURRIS

DEFENDANT: DIANNA BALANDRANO GONZALEZ (1)     DOB: ▓▓▓▓
CITIZENSHIP:    United States  X     Mexican ____     Other _____
INTERPRETER NEEDED:   Yes ____     No  X     Language _____

DEFENSE ATTORNEY:  Demetrio Duarte, Jr.
DEFENDANT IS:   In Jail  YES     WHERE:  McLennan County Jail
                On Bond _____

PROSECUTION BY:     INFORMATION ____     INDICTMENT ____
                    SECOND SUPERSEDING INDICTMENT  X  (Adding Def 8-13)

OFFENSE: (Code & Description) COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) and 841(b)(1)(A)(ii)] – Conspiracy to Possess With Intent to Distribute at Least 5 Kilograms of Cocaine, a Schedule II Narcotic Drug Controlled Substance; COUNT TWO: 21 U.S.C. 841(a)(1) & 841(b)(1)(B)(ii)(II) – Possession With Intent to Distribute at Least 500 Grams of Cocaine, a Schedule II Narcotic Drug Controlled Substance; 18 U.S.C. 2 – Aiding and Abetting; COUNT THREE: 21 U.S.C. 841(a)(1) & 841(b)(1)(B)(viii) – Possession With Intent to Distribute at Least 50 Grams of Methamphetamine, a Schedule II Controlled Substance; 18 U.S.C. 2 – Aiding and Abetting; COUNT FOUR: 18 U.S.C. 1956(h) -- Conspiracy to Commit Money Laundering; COUNT SIX: 18 U.S.C. 1956(a)(1)(A)(i) -- Laundering of Monetary Instruments; 18 U.S.C. 2 -- Aiding and Abetting

OFFENSE IS:     FELONY  X     MISDEMEANOR _____
MAXIMUM SENTENCE: COUNT ONE: Not less than 10 years nor more than life; $4,000,000 fine; $100 special assessment; at least 5 years TSR; COUNT TWO and COUNT THREE: Not less than 5 years nor more than 40 years custody; $2,000,000 fine; $100 special assessment; at least 4 years TSR; COUNT FOUR and COUNT SIX: Not more than 20 years custody; not more than $500,000 fine or twice the value of the property involved in the transaction, whichever is greater; $100 special assessment; not more than 5 years TSR

PENALTY IS MANDATORY:   YES concerning:
                        Special Assessment and TSR
                        Mandatory Minimum

REMARKS: ▓▓▓▓▓▓▓▓▓▓▓▓

SEALED \_\_\_\_
UNSEALED X\_\_

**PERSONAL DATA SHEET**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

DATE: 11-18-2008   MAG CT. # W07-195M   CASE NO. W-08-CR-004
COUNTY: McLENNAN

CHIEF JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY   STEPHANIE SMITH-BURRIS

DEFENDANT: SUSANA G. ROCHA aka SUSANA GONZALEZ-FLORES (2)   DOB: ▮▮▮▮
CITIZENSHIP:   United States X   Mexican \_\_\_\_   Other \_\_\_\_
INTERPRETER NEEDED:   Yes X   No \_\_\_\_   Language \_\_\_\_

DEFENSE ATTORNEY: Jeffrey Parker
DEFENDANT IS:   In Jail YES   WHERE:   McLennan County Jail
              On Bond \_\_\_\_

PROSECUTION BY:   INFORMATION \_\_\_\_   INDICTMENT \_\_\_\_
   SECOND SUPERSEDING INDICTMENT X (Adding Def 8-13)

OFFENSE: (Code & Description) COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) and 841(b)(1)(A)(ii)] – Conspiracy to Possess With Intent to Distribute at Least 5 Kilograms of Cocaine, a Schedule II Narcotic Drug Controlled Substance; COUNT TWO: 21 U.S.C. 841(a)(1) & 841(b)(1)(B)(ii)(II) – Possession With Intent to Distribute at Least 500 Grams of Cocaine, a Schedule II Narcotic Drug Controlled Substance; 18 U.S.C. 2 – Aiding and Abetting; COUNT THREE: 21 U.S.C. 841(a)(1) & 841(b)(1)(B)(viii) – Possession With Intent to Distribute at Least 50 Grams of Methamphetamine, a Schedule II Controlled Substance; 18 U.S.C. 2 – Aiding and Abetting; COUNT FOUR: 18 U.S.C. 1956(h) -- Conspiracy to Commit Money Laundering; COUNT SIX: 18 U.S.C. 1956(a)(1)(A)(i) -- Laundering of Monetary Instruments; 18 U.S.C. 2 -- Aiding and Abetting

OFFENSE IS:   FELONY X   MISDEMEANOR \_\_\_\_
MAXIMUM SENTENCE: COUNT ONE: Not less than 10 years nor more than life; $4,000,000 fine; $100 special assessment; at least 5 years TSR; COUNT TWO and COUNT THREE: Not less than 5 years nor more than 40 years custody; $2,000,000 fine; $100 special assessment; at least 4 years TSR; COUNT FOUR and COUNT SIX: Not more than 20 years custody; not more than $500,000 fine or twice the value of the property involved in the transaction, whichever is greater; $100 special assessment; not more than 5 years TSR

PENALTY IS MANDATORY:   YES concerning:
   Special Assessment and TSR
   Mandatory Minimum

REMARKS: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SEALED ____
UNSEALED X___

**PERSONAL DATA SHEET**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

DATE: __11-18-2008__  MAG CT. # _____  CASE NO. __W-08-CR-004__
COUNTY: __McLENNAN__

CHIEF JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____ STEPHANIE SMITH-BURRIS _____

DEFENDANT: __MONICA HARO aka Monica Ramirez (4)__   DOB: _____

CITIZENSHIP:   United States __X__   Mexican _____   Other _____
INTERPRETER NEEDED: Yes _____   No __X__   Language _____

DEFENSE ATTORNEY: _____ Oscar Alvarez _____

DEFENDANT IS:   In Jail __YES__   WHERE: __McLennan County Jail__
On Bond __NO__

PROSECUTION BY:   INFORMATION _____   INDICTMENT _____
SECOND SUPERSEDING INDICTMENT __X__ (Adding Def 8-13)

OFFENSE: (Code & Description) __COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) and 841(b)(1)(A)(ii)] -- Conspiracy to Possess With Intent to Distribute at Least 5 Kilograms of Cocaine, a Schedule II Narcotic Drug Controlled Substance; COUNT FOUR: 18 U.S.C. 1956(h) -- Conspiracy to Commit Money Laundering__

OFFENSE IS:   FELONY __X__   MISDEMEANOR _____

MAXIMUM SENTENCE: __COUNT ONE: Not less than 10 years nor more than life; $4,000,000 fine; $100 special assessment; at least 5 years TSR; COUNT FOUR: Not more than 20 years custody; not more than $500,000 fine or twice the value of the property involved in the transaction, whichever is greater; $100 special assessment; not more than 5 years TSR__

PENALTY IS MANDATORY:   YES concerning:
                        Special Assessment and TSR
                        Mandatory Minimum

REMARKS: ████████

SEALED _____
UNSEALED  X

**PERSONAL DATA SHEET**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

DATE: __11-18-2008__     MAG CT. #_____     CASE NO. __W-08-CR-004__
COUNTY: __McLENNAN__

CHIEF JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS_____

DEFENDANT: __AARON GARZA (5)__     DOB: _____

CITIZENSHIP:     United States __X__   Mexican _____   Other _____
INTERPRETER NEEDED:  Yes _____   No __X__   Language _____

DEFENSE ATTORNEY: ___Richard G. Ferguson___

DEFENDANT IS:   In Jail __YES__   WHERE: ___McLennan County Jail___
                On Bond __NO__

PROSECUTION BY:     INFORMATION _____     INDICTMENT _____
                    SECOND SUPERSEDING INDICTMENT __X__ (Adding Def 8-13)

OFFENSE: (Code & Description) __COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) and 841(b)(1)(A)(ii)] – Conspiracy to Possess With Intent to Distribute at Least 5 Kilograms of Cocaine, a Schedule II Narcotic Drug Controlled Substance; COUNT FOUR: 18 U.S.C. 1956(h) -- Conspiracy to Commit Money Laundering__

OFFENSE IS:     FELONY __X__     MISDEMEANOR _____

MAXIMUM SENTENCE: __COUNT ONE: Not less than 10 years nor more than life; $4,000,000 fine; $100 special assessment; at least 5 years TSR; COUNT FOUR: Not more than 20 years custody; not more than $500,000 fine or twice the value of the property involved in the transaction, whichever is greater; $100 special assessment; not more than 5 years TSR__

PENALTY IS MANDATORY:     YES concerning:
                          Special Assessment and TSR
                          Mandatory Minimum

REMARKS: [redacted]

SEALED \_\_\_\_
UNSEALED X\_\_\_

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE: \_\_11-18-2008\_\_  MAG CT. #_____  CASE NO. \_W-08-CR-004\_\_\_
COUNTY: McLENNAN

CHIEF JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS_____

DEFENDANT: \_LUIS CASTILLO (6)_____  DOB: _____

CITIZENSHIP: United States \_X\_ Mexican \_\_\_\_ Other _____
INTERPRETER NEEDED: Yes \_\_\_\_\_ No \_X\_\_\_ Language _____

DEFENSE ATTORNEY: \_\_\_\_Hollis Lewis_____

DEFENDANT IS: In Jail \_YES\_\_ WHERE: \_McLennan County Jail_____
On Bond \_NO\_\_

PROSECUTION BY: INFORMATION \_\_\_\_\_ INDICTMENT \_\_\_\_\_
SECOND SUPERSEDING INDICTMENT \_X\_ (Adding Def 8-13)

OFFENSE: (Code & Description) \_COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) and 841(b)(1)(A)(ii)] – Conspiracy to Possess With Intent to Distribute at Least 5 Kilograms of Cocaine, a Schedule II Narcotic Drug Controlled Substance; COUNT FOUR: 18 U.S.C. 1956(h) -- Conspiracy to Commit Money Laundering_____

OFFENSE IS: FELONY \_X\_\_\_\_ MISDEMEANOR _____

MAXIMUM SENTENCE: COUNT ONE: Not less than 10 years nor more than life; $4,000,000 fine; $100 special assessment; at least 5 years TSR; COUNT FOUR: Not more than 20 years custody; not more than $500,000 fine or twice the value of the property involved in the transaction, whichever is greater; $100 special assessment; not more than 5 years TSR

PENALTY IS MANDATORY: YES concerning:
Special Assessment and TSR
Mandatory Minimum

REMARKS: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SEALED _____
UNSEALED X___

**PERSONAL DATA SHEET**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

DATE: __11-18-2008__   MAG CT. #_____   CASE NO. __W-08-CR-004__
COUNTY: __McLENNAN__

CHIEF JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____ STEPHANIE SMITH-BURRIS _____

DEFENDANT: __CAESAR HUMBERTO SALINAS (7)__   DOB: _____

CITIZENSHIP:   United States __X__   Mexican ____   Other _____
INTERPRETER NEEDED:   Yes ____   No __X__   Language _____

DEFENSE ATTORNEY: _____ Jack Wolfe _____

DEFENDANT IS:   In Jail __YES__   WHERE: __McLennan County Jail__
                On Bond __NO__

PROSECUTION BY:   INFORMATION ____   INDICTMENT ____
                  SECOND SUPERSEDING INDICTMENT __X__ (Adding Def 8-13)

OFFENSE: (Code & Description) __COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) and 841(b)(1)(A)(ii)] – Conspiracy to Possess With Intent to Distribute at Least 5 Kilograms of Cocaine, a Schedule II Narcotic Drug Controlled Substance; COUNT FOUR: 18 U.S.C. 1956(h) -- Conspiracy to Commit Money Laundering__

OFFENSE IS:   FELONY __X__   MISDEMEANOR _____

MAXIMUM SENTENCE: __COUNT ONE: Not less than 10 years nor more than life; $4,000,000 fine; $100 special assessment; at least 5 years TSR; COUNT FOUR: Not more than 20 years custody; not more than $500,000 fine or twice the value of the property involved in the transaction, whichever is greater; $100 special assessment; not more than 5 years TSR__

PENALTY IS MANDATORY:   __YES concerning:__
                        __Special Assessment and TSR__
                        __Mandatory Minimum__

REMARKS: ████████████████████████████████████████